The **FIDELITY & CASUALTY COMPANY OF NEW YORK, a Corporation,**

v.

**AMERICAN AUTOMOBILE INSURANCE COMPANY, a Corporation.**

No. 5527.

United States Court of Appeals
Tenth Circuit.

March 25, 1957.

■■■ See also 247 F.2d 185.

Atwood & Malone, Roswell, N. M., for cross-appellant.

Neal, Neumann & Neal, Carlsbad, N. M., for cross-appellee.

Before BRATTON, Chief Judge.

Cross-appeal dismissed on motion of cross-appellant.